# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** FBI
**City** Lynn
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  see attached
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 22-cr-10296-IT  ☑ Yes  ☐ No
**Defendant Name:** Kemoni Boone  Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
**Alias Name:** _____
**Address:** Lynn, MA
**Birth date (Yr only):** 1999  **SSN (last 4#):** 7896  **Sex:** M  **Race:** Black  **Nationality:** _____
**Defense Counsel if known:** Mark Shea  **Address:** Shea & LaRocque
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Philip A. Mallard  **Bar Number if applicable:** 679138

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: _____
**Victims:** ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No
**Matter to be SEALED:** ☐ Yes  ☑ No
☐ Warrant Requested  ☑ Regular Process  ☐ In Custody
**Location Status:** _____
**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty ___  ☐ Misdemeanor ___  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/7/2023  **Signature of AUSA:** *Philip A. Mallard*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Kemoni Boone

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 924(o) | Conspiracy to Use/Carry/Brandish/Possession Firearms In Furtherance of Drug Trafficking Crime | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

Search Warrant Case Number Attachment

21-1200
21-1201
21-1202
21-1203
21-1204
21-1205
21-1227
21-1228
21-1229
21-1232
22-1022
22-1023
22-1024